**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CORNERSTONE HOME BUILDERS,
INC., a Florida corporation,

    Plaintiff,

v.                               Case No.: 8:04-cv-2585-T-24TGW

JERALD F. LEMANSKI and PATRICIA
A. LEMANSKI, as husband and wife,

    Defendants.
_____/

## O R D E R

This cause comes before the Court for consideration of Plaintiff's telephonic notice of settlement.

Having considered Plaintiff's telephonic notice of settlement, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that this cause is **DISMISSED WITHOUT PREJUDICE** to the right of any party to re-open the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final judgment. The Clerk is directed to **CLOSE** the case and **TERMINATE** all pending motions.

**DONE AND ORDERED** at Tampa, Florida, this 10th day of February, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to:

Counsel of Record